11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of L.A.P.S.,                    * From the 118th District
an emancipated child,                              Court of Howard County,
                                                   Trial Court No. 35241.

No. 11-12-00156-CV                              * June 20, 2013

                                                * Per Curiam Memorandum Opinion
                                                   (Panel consists of: Wright, C.J.,
                                                   McCall, J., and Willson, J.)

This court has considered Brumbach Pinkerton Stephens's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.